```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

CAROLYN JACKSON,

    Plaintiff,

v.                          CIVIL ACTION NO. 1:04-0735

VANESSA P. ADAMS, Warden,
FPC Alderson,

    Defendant.

**MEMORANDUM OPINION AND JUDGMENT ORDER**

      By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on August 16, 2005, in which he recommended that the District Court dismiss plaintiff's application under 28 U.S.C. § 2241 with prejudice, and remove this matter from the court's docket.

      In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a _de novo_ review by this court. _Snyder v. Ridenour_, 889 F.2d 1363 (4th Cir. 1989).

      The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the thirteen-day period. Having reviewed the Findings and Recommendation filed by

Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DISMISSES** plaintiff's application under 28 U.S.C. § 2241 with prejudice and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a certified copy of this Memorandum Opinion and Judgment Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 7th day of September, 2005.

ENTER:

*David A. Faber*
David A. Faber
Chief Judge